UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 07CR0843 |
| | ) | |
| RONDELL FREEMAN, *et al.* | ) | |

### ORDER

This matter having come before the Court on the <u>ex parte</u> GOVERNMENT'S MOTION TO SEAL THE CRIMINAL COMPLAINT, ARREST WARRANTS, AND ALL ACCOMPANYING AFFIDAVITS; it is hereby:

ORDERED that the criminal complaint, arrest warrants, and all accompanying affidavits be placed under seal until noon on Tuesday, December 18, 2007.

_____
Sidney I. Schenkier
United States Magistrate Judge

<u>Dated:</u> December 17, 2007