UNITED STATES MAGISTRATE COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 07CR 0843-15 |
| ) | |
| v.  ) | No. 05 GJ 991 |
| ) | Hon. Sidney I. Schenkier |
| MARCELL THOMAS, aka "Lil Cell," ) | |
| "Cell"  ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

has been and now is, in due process of law, incarcerated in the custody of the Illinois Department of Corrections, and that said defendant is charged in the above-captioned case with violating Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States Magistrate Court at Chicago, Illinois at 9:00 a.m. on December 19, 2007, for an initial appearance before Judge Sidney I. Schenkier, Courtroom 1700, 219 S. Dearborn, Chicago, IL.

IT IS THEREFORE ORDERED that the following persons:

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
ILLINOIS DEPARTMENT OF CORRECTIONS

bring or cause to be brought before this Court, on December 19, 2007, at 9:00 a.m., in the United

States Court House in Chicago, Illinois, Courtroom 1700, 219 S. Dearborn, Chicago, IL, the body of the defendant Marcell Thomas; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_[signature]_
JUDGE SIDNEY I. SCHENKIER

DATED at Chicago, Illinois
this 17th day of December, 2007