# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☐ MAGISTRATE  ☑ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** U.S. vs. FREEMAN

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): MARCELL THOMAS

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: _____
District Court: 07CR843-15
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box → ) ☑ Felony  ☐ Misdemeanor
21 USC 846

---

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- RECEIVED: _____
- SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
- VALUE: _____
- DESCRIPTION: _____

FILED
12-21-07
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| IN CUSTODY | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-21-07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)