United States District Court
Northern District of Illinos
Eastern Division

FILED
MAY - 9 2008
May 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 CR 843-15

Marcel Thomas
    Petitioner
V.S.
United States of America )

) Case 1:07-CR-D0843
) Judge Honorable
) Lefkow

Motion to dismiss counsel

Now come the defendant, Marcel Thomas and petitions this honorable court for a order to dismiss counsel

1) Counsel failed to keep me informed of important Developments in the case.
2) Counsel failed to keep defendant informed of current Developments in the law.
3) Counsel failed to do independent investigation
4) Counsel failed to consult with defendant on trail
5) Counsel failed to gather all evidence with defendant

So for the reasons listed, above and for others to numerous to enumerate heavy petitioner respectfully ask that present counsel be released

of his Duty and petitioner be allowed to proceed Pro-se with the assistance of stand by counsel

Respectfully Submitted,

Marcel Thomas

# 400-120

400 E merchant St
Kankakee Ill, 60901