IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 CR 843-15 |
| | ) | Judge Joan Lefkow |
| | ) | |
| MARCEL THOMAS, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW**

Movant, Eugene Steingold respectfully moves to withdraw as attorney for defendant, MARCEL THOMAS. In support thereof, movant states as follows:

1.  On December 21, 20057, Eugene Steingold, a panel attorney, was appointed to represent the defendant pursuant to the Criminal Justice Act.

2.  On May 9, 2008, defendant filed a Motion to Dismiss Counsel.

3.  Mr. Thomas, on several occasions, had disagreement with counsel regarding filing of motions and other collateral matters, which, in counsel's opinion were not appropriate or within the scope of representation.

4.  On May 19, 2008, Eugene Steingold met with MARCEL THOMAS at the Kankakee County Jail. During that meeting Mr. Thomas advised that he is seeking appointment of another counsel.

5.  As a result of these discussions, movant, Eugene Steingold feels that he is unable to further represent the defendant, MARCEL THOMAS.

1

6. This matter is presently set for status on June 18, 2008, and for trial on February 2, 2009.

WHEREFORE, Eugene Steingold requests that counsel other than movant be appointed to represent the defendant.

Respectfully submitted,

s/Eugene Steingold

_____
Eugene Steingold, Court appointed attorney
for MARCEL THOMAS

Eugene Steingold
Attorney for Defendant
111 West Washington Street
Chicago, Illinois 60602
(312) 726 1060