UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 843-15 |
| Plaintiff, | ) | Honorable Judge Lefkow |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MARCEL THOMAS, | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO:   AUSA Rachel Cannon          Marcel Thomas #400-120
       219 S.Dearborn Street       400 East Merchant St.
       Chicago, Illinois 60604     Kankakee, Illinois 60901

   PLEASE TAKE NOTICE that on June 18, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Lefkow, or any Judge sitting in her stead, in Room 1925, in the United States District Court, 219 S.Dearborn Street, Chicago, Illinois 60604 and then and there present the MOTION TO WITHDRAW, a copy of which was previously served upon you.

MARCEL THOMAS
By: s/Eugene Steingold
Eugene Steingold,

CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that in accordance with Fed. R. Grim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), MOTION TO WITHDRAW was served pursuant to the District Court's ECF system as to ECF filers and by U.S.Mail as to non-ECF filers, on June 3, 2008.

Respectfully submitted,

s/Eugene Steingold
Attorney for Defendant
111 West Washington Street
Suite 1051
Chicago IL 60602
(312) 726-1060