## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 15 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Marcel Thomas | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Motion of Eugene Steingold to withdraw [214] is granted.  Eugene Steingold is withdrawn as attorney for defendant Marcel Thomas.  The Federal Defender shall appoint a new attorney to represent defendant.  Pro se motion to dismiss counsel [209] is moot.  Status hearing is set for 6/25/2008 at 9:30 a.m. for new counsel to appear.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | MD |
|---|---|---|