for the northern district of Illinois
Eastern Division

| United States of America | ) | Case No: 07cr843-15 |
| V. | ) | Honorable Judge Lefkow |
| Marcell Thomas | ) | |

**FILED**
JUN 24 2008
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendant Marcell Thomas motion for Disclosure of Grand Jury Proceedings

Now comes The Defendant, Marcell Thomas, (Prose) under Neccesity, And Respectfully Moves this Honorable court for An order Directing the Government to Disclose And Provide counsel to the Defendant Grand Jury Transcripts Pursuant to Rule 6, Rule 16(a), And Rule 26.2

Petitioner Request for Grand Jury Proceeding Because He Believes that Agents And others Gave statements to the Grand Jury, That they know At the time, Were false in order to obtain And indictment And/or warrant Petitioner Also feels That these transcripts contain Evidence of An Exculpatory Nature that will Help Petitioner And His counsel Bring These Proceedings to A speedy conclusion And Save both time And Expense Both to the Petitioner And court.

Petitioner make's this Request in Accordance with Rule 6 Rule 16(a), And 26.2

Respectfully Submitted

Marcell Thomas
Marcell Thomas (Prose)