Affidavit of Truth

By

Marcel Thomas
Name

FILED
JUN 24 2008
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

State of Illinois )
 )
 )
County of Cook )

) Case No. 07CR 843-15
)
) Honorable Judge Lefkow
)

"In Deed no more than (Affidavits) is Necessary To make The Prima facie case." U.S. V. Kis 1989 (7th Cir)

I Marcel Thomas Being first Duly Sworn And Deposed Do firmly state

A) That I am competent to state the matters set forth Herein;
B) I have first And Knowledge of the Facts contained Herein;
C) That All the facts contained Herein Are correct, complete, truth, And certain,
D) And if called to testify will state the following;

1) That I Did Not Engage in Any Illegal Activity with Rondell Freeman
2) That I had no Knowledge of Any Illegal Activity involving Rondell Freeman
3) I was Never informed by Any other Person, that they Had Engaged in Any Illegal Activity involving themselves And Rondell Freeman
4) I Acknowledge that no threats or Promises Have Been made for my Signature.

_Gloria Lochner_ (Seal)
Signature of Notary Public
5-20-08

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public – State of Illinois
My Commission Expires Dec. 28, 2009

X _Marcel Thomas_
Signature

5-20-08
Date

X _____ Witness

X _____