Northern District of Illinois
Eastern Division

AC

FILED

JUN 2 4 2008 aew
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America )
   Plaintiff )
  V. ) Case No. 07 CR, 843-15
Marcell Thomas )
  Defendant ) Judge: Lefkow

## Motion for a Bill of Particulars

Now comes the defendant Marcell Thomas, (Prose) and moves this court to direct the filing of a Bill of Particulars.

Defendant is unable to ascertain from the face of the indictment the nature of the case against him because of a lack of specificity and as thus to prepare his defense. Defendant moves that the Prosecution be ordered to state the following:

A. Conspiracy - count one

1) The exact language, words, or, words, allegedly used by the defendant which allegebly indicated, or tended to indicate, that he/they willfully and knowingly agreed to commit the crimes charged in the indictment;

2) The dates upon which defendant allegedly committed the charged offens

3) The Places (City, States, Street address, apartment numbers) where Defendants allegedly committed the crimes charged;

4) The names and addresses of person or persons present or listening when the defendants allegeby committed the charged offense/crime;

5) with regard to the allegation of the conspiracy the following;
A) What other acts the conspirator committed;
B) Which conspirators participated in each such act;
C) What the purpose of the act was;
D) Where the act was committed;
E) The date the act was committed;

F). The names and addresses of witnesses present when the act was committed;

6). The nature of the acts and the date, time, and place of said act, by which defendent first manifested that he was part of the alleged conspiracy. In other words what is the first act the defendant is accused of committing in furtherance of the conspiracy?

7.) The time, date, and place of the last act Defendant is charged with having committed in furtherance of the conspiracy?

8) Weather the government is charging Defendant with aiding and abetting in the commission of a crime?

9.) The names of un-indicted but identified, co-conspirators of Defendant including those whose names may have become known since the return of the indictment, or the names of those other persons whom the government Deleted or omitted from the indictment.

Respectfully Submitted

*Marcel Thomas*
Marcell Thomas (Prose)