Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 15 | **DATE** | 7/2/2008 |
| **CASE TITLE** | USA vs. Marcel Thomas | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/6/2008 at 9:00 a.m. Oral motion of Kent Carlson for leave to file his appearance on behalf of defendant Marcel Thomas is granted. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 7/2/2008 through 8/6/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:05

FILED
2008 JUL -2 PM 4:52
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|