UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
7-2-2008
JUL 0 2 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The United States of America
-v-

MARCELL THOMAS

Case

07 CR 843
JUDGE LEFKOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARCELL THOMAS

| SIGNATURE | s/ Kent R. Carlson |
|---|---|
| FIRM | Kent R. Carlson & Associates PC |
| STREET ADDRESS | 53 West Jackson Blvd.   Suite 1544 |
| CITY/STATE/ZIP | Chicago, IL  60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06187369 | TELEPHONE NUMBER (312) 663-9601 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |