IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 843 |
| | ) | Judge Joan Gottschall |
| MARCELL THOMAS, ET AL, | ) | |
| Defendants. | ) | |

## MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT A SANTIAGO PROFFER

Now comes the defendant, MARCELL THOMAS, by and through his attorneys KENT R. CARLSON & ASSOCIATES P.C., and respectfully moves this Honorable Court for the entry of an order requiring the Government to file a <u>Santiago</u> proffer, establishing pursuant to Rule 801© and 802 of the Federal Rules of Evidence the admissibility of co-conspirator statements, specifically establishing that:

(a) A conspiracy existed; and

(b) The defendant and the declarants were members of the alleged conspiracy; and

© The any such statements were made during the course of and in furtherance of the alleged conspiracy.

Wherefore, Defendant MARCELL THOMAS, prays this Honorable Court enter an order requiring the United States Attorney's Office to file a <u>Santiago</u> proffer at the earliest possible time.

Respectfully submitted,
s/Kent R. Carlson
KENT R. CARLSON & ASSOCIATES P.C.
53 W. Jackson Blvd. - Suite 1544
Chicago, Il. 60604
kentrcarlson@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that the following document:

## MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO SUBMIT A SANTIAGO PROFFER

Was served on August 20, 2008, in accordance with Fed. R. Crim. P. 49, Local Rule 5.5 and the General Order on Electric Case Filing (ECF), pursuant to the District Court's system as to ECF filers.

s/Kent R. Carlson
KENT R. CARLSON & ASSOCIATES P.C.
53 W. Jackson Blvd. - Suite 1544
Chicago, Il. 60604
(312) 663-9601
kentrcarlson@sbcglobal.net
